# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

MICHAEL TWITTY
Reg #40460-044                                              PETITIONER

v.                    No. 2:17-cv-121-DPM

G. BEASLEY, Warden, FCI - Forrest City Low                  RESPONDENT

## JUDGMENT

Twitty's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2017